IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-07006 |
| | ) | |
| Helena V Bather | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Donald R Cassling |
| Debtor(s) | ) | |

**Notice of Objection**

The Debtor objects to the Motion for Relief from the Automatic Stay as to 1231 N. Taylor Ave, Oak Park, IL 60302.

           David H. Cutler,
           Attorney for the Debtor


           /s/ *David H. Cutler*
           By: David H. Cutler

Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtor
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600